UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE YOUNGBLOOD _____ 1-499883

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Detective Louis Pena(886273)
C.O. T.I.#19297, and Jesus Sanchez
(5644), all being sued in their
official and personal capacity

_____
_____
_____
_____
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes  ☐ No
(check one)

# 16 CV 6100

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff    Name    **Andre Youngblood**

ID #    ▓▓▓▓▓▓▓▓  I499883

Current Institution  ▓▓▓▓▓▓▓  78 41 Leed Ave

Address  ▓▓▓▓▓▓▓▓▓▓  North Charleston

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name  **Detective Louis Pena**    Shield # **886273**

Where Currently Employed  **42nd Precinct**

Address  **830 Washington ave**

**Bronx N.Y.**

_Rev. 05/2010_                                              1

Defendant No. 2    Name **CO T.J.**_____ Shield # **19297**

Where Currently Employed **V.C.B.C.**_____

Address **ONE HALLECK STREET**_____
          **BRONX N.Y. 10474**

Defendant No. 3    Name **P.O. JESUS SANCHEZ**_____ Shield # **5644**

Where Currently Employed **42nd Precinct**_____

Address **830 Washington ave.**_____
          **Bronx N.Y.**_____

Defendant No. 4    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 5    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In   what   institution   did   the   events   giving   rise   to   your   claim(s)   occur?

**The incident occurred while the plaintiff was incarcerated at VCBC**

B.    Where   in   the   institution   did   the   events   giving   rise   to   your   claim(s)   occur?

**The incident occurred at St Barnabas Hospital**

C.    What   date   and   approximate   time   did   the   events   giving   rise   to   your   claim(s)   occur?

**The event occurred on the 10th day of March 2015, in the early morning.**

D.     Facts: __Detective Louis Pena__ and PO Sanchez arrived at St. Barnabas Hospital to pick up the plaintiff. The plaintiff had walking pneumonia and he was scheduled for surgery on his right hand, which at the time was numb. The doctor informed these officers that he could not leave, However, they refused to listen, they kept insisting that the plaintiff had a Court appointment. Which lead to the plaintiff being forced to be released from the Hospital with pneumonia and a numb right hand. after he arrived at Court the plaintiff explained his situation to the Judge, However, the Judge only gave the officers a discretiona decision and not a ministerial duty to take the plaintiff back to the hospital. As a result the plaintiff was sent back to VCBC while he was still sick.

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## III.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. __The plaintiff still suffers with numbness to his right hand, furthermore, the plaintiff was found to be left for five days with walking pneumonia.__

## IV.     Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ☒     No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __*__   No ____   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes __*__   No ____   Do Not Know ____

If YES, which claim(s)? ___Lack of medical treatment___

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __*__   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance? The plaintiff filed his grievance in the facility of VCBC

1.   Which claim(s) in this complaint did you grieve? being subjected to cruel and unsual punishment, due to the lack of medical treatment.

2.   What was the result, if any? The results were: The plaintiff was subjected to walking pneumonia for five days days and he was not abl

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. The plaintiff appealed to the Warden and the Commissioner

_____

_____

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies. _____

_____

_____

_____

_____

_____

**Note:**  You may attach as exhibits to this complaint any documents related to the exhaustion of your
          administrative remedies.

**V.    Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you
are seeking and the basis for such amount).  `The plaintiff is requesting puntive`

`and compensatory damges in the amount of $50,000 for each defendant`
`who knowingly deprived the plaintiff medical care, and compensatory`

`damges in the amount of $5,000,000.00 United States Dollars`

`for their intentional violation under the Color of State Law and`
`the State and Federal Constutition under the 5th, 8th, and 14th Amend.`

_____

_____

_____

_____

_____

_____

_____

_____

_____

**VI.   Previous lawsuits:**

A.    Have you filed other-lawsuits in state or federal court dealing with the same facts involved in this
      action?

      Yes ____ No ____

On
these
claims

*Rev. 05/2010*                                          5

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ▓▓ day of ▓▓▓▓ , 20▓▓

Signature of Plaintiff   *André Youngblood*

Inmate Number

Institution Address   ▓▓▓▓▓▓

▓▓▓▓▓▓

Bronx, N.Y. ▓▓▓▓

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ▓▓ day of ▓▓▓▓ , 20▓▓ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   *André Youngblood*

ON the

ABove Date March 10th ~~Date~~ ~~Detective~~ Detective Louis Pena(886273)

Of Precent 42 Came to St ~~Barbanbas~~ Barnabas Hospital the Doctor

told Him I was going to have hand ~~~~ surgery

March 10th ~~Officer~~ Detective Pena said he does not care and

Made me discharge from the Hospital and also

I had walking Pneumonia and Detective Pena

Said He still don't care He's got to get

Me to the Court House so the Hospital discharge

with Medical instructions, Then the took my

Paper work and all my Belongings

to the 42th Precent then took me to court

I requested for medical Attention they refuce

to give it to me and continue taking me

to court and once I got to Court I

requested Medical Attention again and ~~~~ but

instead of sending me to the Hospital the

~~DA~~ Judge sent me to U.C.B.C and put on

my paper work to send me to Hospital if needed

So when I got Here I requested medical Attention
again and C.O. 19297 refuce to give me the
medical. Attention I asked for said he had Due
Process to do first which in hand took take's
Five hour's then when they finally took me
to the clinic they still did not treat me
for my Pneumonia but they treated me
for my finger and seizure medication

Pain and Suffering Negligent plus
unsafety environment
with violence and unable to
defend for my self do to
my dead hand also
Still have pneumonia.

